MRS. VALLIE MAE DAVIS, INDEPENDENT EXECUTRIX OF THE ESTATE OF J. P. DAVIS, DECEASED V. THE STATE OF TEXAS

No. A-6732. Decided March 26, 1958.
(312 S.W. 2d Series 380)

*Fulton, Hancock & McClain,* of Gilmer, for petitioner.

*Will Wilson,* Attorney General, *C. K. Richards, John H. Minton, Jr.,* Assistants Attorney General, for respondent.

PER CURIAM

We approve the holding of the Court of Civil Appeals that the affidavit of Dr. Rowell, superintendent of the Terrell State Hospital, was admissible in evidence under the provisions of Article 3196a, Sec. 5, Vernon's Ann. Texas Stats. The application for writ of error is refused, no reversible error.

Opinion delivered March 26, 1958.